UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAUNDRA E. O'NEAL

    Plaintiff,                                   CIVIL ACTION FILE NO.

v.

ALLIED INTERSTATE, LLC.

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    The Plaintiff, Saundra E. O'Neal, through the undersigned counsel discloses the following pursuant to the Court's Interested Persons Order:

    1.  The following individuals have an interest in the case at hand: (a)Saundra E. O'Neal, the plaintiff; (b) Allied Interstate, LLC is the named defendant; (c) W. John Gadd, counsel for plaintiff, via the Law Office of W. John Gadd, P.A.

    2.  The following persons or entities are believed to be affected by the outcome of the proceedings: (a) Allied Interstate, LLC is believed to be the correct and only Defendant at this time; (b) It is unknown as to whether Defendant has any applicable insurance policies or coverage for this claim;

    3.  No other entity or person is believed to be an active participant in the case at hand at this time.

    4.  The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Answer: Unknown.

5. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

Answer: Unknown.

6. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Answer: Other than Plaintiff, unknown. From the perspective of Plaintiff, there may indeed be others whom Defendant called with an automated telephonic dialing system without consent, but those persons are not known to Defendant at this time.

5. I hereby certify that I am unaware of any actual or potential conflict of interest involving the district and magistrate judges assigned to this case, and will immediately notify the Court in writing on learning of any conflict.

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all participants of record.

**s/ W. John Gadd**
W. John Gadd
FL Bar Number 463061
2727 Ulmerton Rd. Ste. 250
Clearwater, FL 33762
Tel – (727)524-6300
Email –
  wjg@mazgadd.com