UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:15-cv-1089-MSS-EAJ

SAUNDRA E. O'NEAL,

    Plaintiff,

vs.

ALLIED INTERSTATE, LLC,

    Defendant.
_____/

## ALLIED INTERSTATE LLC's RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Allied Interstate LLC i/s/h/a "Allied Interstate, LLC" files this corporate disclosure statement:

**Defendant Allied Interstate LLC ("Allied") is a privately held limited liability company. Allied is wholly owned by iQor US Inc., a privately held corporation. iQor US Inc. is wholly owned by iQor Holdings Inc., a privately held corporation with corporation owning more than 10% of its stock.**

Dated: May 29, 2015

                                            Respectfully submitted,

                                            *s/Patrick G. Broderick*
                                            Patrick G. Broderick designated as Trial Counsel
                                            Florida Bar No.: 88568
                                            Email: BroderickP@gtlaw.com
                                            GREENBERG TRAURIG, P.A.
                                            777 So. Flagler Drive, Suite 300E
                                            West Palm Beach, FL 33401
                                            Telephone: 561.650.7900
                                            Facsimile: 561.655.6222

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served with the Clerk of Court using CM/ECF on May 29, 2015. I also certify that the foregoing document will be served on all parties via ECF filing including W. John Gadd, Bank of America Building, 2727 Ulmerton Road, Suite 250, Clearwater, FL 33762.

Dated:  May 29, 2015                             Respectfully submitted,

                                    By:  /s/ *Patrick G. Broderick*
                                         Patrick G. Broderick
                                         Florida Bar: 88568
                                         GREENBERG TRAURIG, PA
                                         777 S. Flagler Drive
                                         Suite 300 East
                                         West Palm Beach, FL 33401
                                         (561) 650-7915
                                         broderickp@gtlaw.com